UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELVIN STEPHENS,<br><br>  Plaintiff,<br><br>vs.<br><br>HOME 2 SUITES<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-00958-MHC |

## J U D G M E N T

This action having come before the court, Mark H. Cohen, United States District Judge, for consideration of the magistrate judge's report and recommendation, and the court having adopted the report and recommendation, it is

**Ordered and Adjudged** that this action be **DISMISSED WITHOUT PREJUDICE** for failure to comply with the lawful orders of the Court..

Dated at Atlanta, Georgia this 4th day of November, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ T. Frazier
       Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
 November 4, 2022
 Kevin P. Weimer Clerk
 of Court

By:  s/ T. Frazier
Deputy Clerk